

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

September 24, 2025

*Via ECF*
Hon. Jennifer L. Rochon
UNITED STATES DISTRICT COURT,
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street
New York, New York 10007

> The Court will hold the initial pretrial conference entirely remotely by video via Microsoft Teams. Counsel will receive login information ad the email addresses listed on the docket.  The public listen-only line may be accessed by dialing 646-453-4442 | phone conference ID: 175 937 733#
>
> Date: September 25, 2025
>       New York, New York
>
> SO ORDERED.
>
> *Jennifer Rochon*
> **JENNIFER L. ROCHON**
> **United States District Judge**

Re:   *William Kostroun v. Heavy, Inc.*
      Docket No: 1:25-cv-03003-JLR

Dear Judge Rochon:

    We are the attorneys for plaintiff William Kostroun ("Plaintiff") in this matter and write to respectfully request that Plaintiff may appear remotely for the Initial Conference scheduled for September 30, 2025 at 2:30 pm (Dkt. No. 14).  Defendant Heavy, Inc ("Defendant") consents to Plaintiff's request, however would still appear in person.

    As good cause, the Plaintiff states that neither party intends to present evidence at the conference and that the Plaintiff can adequately advocate their respective interests remotely.  Further, Plaintiff respectfully submits that the attorney of record is outside the Country and a remote appearance would limit the fees and expenses that would otherwise be incurred should a physical appearance be required for this conference, avoiding raising the expense of the case and permitting more resources to be expended towards settlement discussions.

    Thank you for your consideration of this request. We look forward to further instruction from Your Honor.

Respectfully submitted,

/s *Dina Nouhian*
Dina Nouhian